# Supreme Court of Florida

_____

No. SC16-118
_____

**JOYCE C. SHAW, et al.,**
Petitioner,

vs.

**MARK A. HUNTER, SHERIFF, etc., et al.,**
Respondent.

[March 9, 2017]

QUINCE, J.

We initially accepted jurisdiction to review the decision of the First District Court of Appeal in Hunter v. Shaw, 182 So. 3d 784 (Fla. 1st DCA 2015), based on express and direct conflict. See art. V, § 3(b)(3), Fla. Const. After further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.

It is so ordered.

LABARGA, C.J., and CANADY, POLSTON, and LAWSON, JJ., concur.
PARIENTE and LEWIS, JJ., dissent.

NO MOTION FOR REHEARING WILL BE ALLOWED.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

     First District - Case No. 1D15-3361

     (Hamilton County)

George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, Florida,

     for Petitioners

Jason Vail of Jolly, Peterson & Truckenbrod, P.A., Tallahassee, Florida,

     for Respondent Mark A. Hunter, Sheriff

Pamela Jo Bondi, Attorney General, and Rachel Erin Nordby, Deputy Solicitor General, Tallahassee, Florida,

     for Amicus Curiae the State of Florida

Robert Wayne Evans and Matthew D. Stefany of Allen, Norton & Blue, P.A., Tallahassee, Florida,

     for Amicus Curiae Florida Sheriffs Association